UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPAPORT USA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> NIVODA USA LLC, <br><br> Defendant. | Case No. 1:25-cv-00171-JSR <br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that plaintiff Rapaport USA, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from an order granting the defendant's motion to dismiss with prejudice, dated and entered April 10, 2025, [Doc. No. 32].

Dated: April 25, 2025

FIRESTONE GREENBERGER PLLC
*Attorneys for Plaintiff-Appellant*

/s/ Jordan Greenberger
Jordan Greenberger, Esq.
Michael Firestone, Esq.
14 Penn Plaza, 9th Floor
New York, NY 10122
(212) 597-2255
jg@firegreenlaw.com

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25−cv−00171−JSR

Rapaport USA, Inc. v. Nivoda USA LLC et al  
Assigned to: Judge Jed S. Rakoff  
Cause: 17:101 Copyright Infringement

Date Filed: 01/08/2025  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Rapaport USA, Inc.**    represented by    **Gili Karev**
Klaris Law
430 West 14th Street
New York, NY 10014
347−326−2305
Email: gili.karev@klarislaw.com
*ATTORNEY TO BE NOTICED*

**Michael Joseph Firestone**
Firestone Greenberger PLLC
14 Penn Plaza
Ste 9th Floor
New York, NY 10122
212−597−2255
Email: MFirestone@Firestonelawpllc.com
*ATTORNEY TO BE NOTICED*

**Jordan Daniel Greenberger**
Firestone Greenberger PLLC
14 Penn Plaza
225 West 34th Street
Ste 9th Floor
New York, NY 10122
212−597−2255
Email: jg@firegreenlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nivoda USA LLC**    represented by    **Matthew Aaron Leish**
Klaris Law
161 Water Street
Suite 904
New York, NY 10038
646−779−4882
Email: matthew.leish@klarislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gili Karev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nivoda Limited**    represented by    **Gili Karev**
*TERMINATED: 02/06/2025*    (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **David Sutton**<br>*TERMINATED: 02/06/2025* | represented by | **Gili Karev**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2025 | 1 | COMPLAINT against NIVODA LIMITED, NIVODA USA LLC, David Sutton. (Filing Fee $ 405.00, Receipt Number ANYSDC−30430356)Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 01/08/2025) |
| 01/08/2025 | 2 | CIVIL COVER SHEET filed..(Greenberger, Jordan) (Entered: 01/08/2025) |
| 01/08/2025 | 3 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(Greenberger, Jordan) (Entered: 01/08/2025) |
| 01/08/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to NIVODA USA LLC, re: 1 Complaint. Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 01/08/2025) |
| 01/08/2025 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to NIVODA LIMITED, re: 1 Complaint. Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 01/08/2025) |
| 01/08/2025 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to David Sutton, re: 1 Complaint. Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 01/08/2025) |
| 01/10/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 01/10/2025) |
| 01/10/2025 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 01/10/2025) |
| 01/10/2025 | | Case Designated ECF. (jgo) (Entered: 01/10/2025) |
| 01/10/2025 | | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Jordan Daniel Greenberger. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State;. (jgo)** (Entered: 01/10/2025) |
| 01/10/2025 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jordan Daniel Greenberger. The party information for the following party/parties has been modified: NIVODA USA LLC; NIVODA LIMITED. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (jgo)** (Entered: 01/10/2025) |
| 01/10/2025 | 7 | ELECTRONIC SUMMONS ISSUED as to David Sutton..(jgo) (Entered: 01/10/2025) |
| 01/10/2025 | 8 | ELECTRONIC SUMMONS ISSUED as to Nivoda Limited..(jgo) (Entered: 01/10/2025) |
| 01/10/2025 | 9 | ELECTRONIC SUMMONS ISSUED as to Nivoda USA LLC..(jgo) (Entered: 01/10/2025) |
| 01/10/2025 | 10 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court |

| | | |
|---|---|---|
| | | Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 01/10/2025) |
| 01/14/2025 | 11 | AFFIDAVIT OF SERVICE of Summons and Complaint. Nivoda USA LLC served on 1/13/2025, answer due 2/3/2025. Service was accepted by New York Secretary of State. Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 01/14/2025) |
| 01/14/2025 | 12 | NOTICE OF COURT CONFERENCE: Initial Conference set for 1/30/2025 at 11:00 AM before Judge Jed S. Rakoff. The dial–in information for the call will be as follows: USA Toll–Free : (855) 244–8681; Access Code: 23174323257. SO ORDERED (Signed by Judge Jed S. Rakoff on 1/14/2025) (ks) (Entered: 01/14/2025) |
| 01/21/2025 | 13 | NOTICE OF APPEARANCE by Matthew Aaron Leish on behalf of Nivoda USA LLC..(Leish, Matthew) (Entered: 01/21/2025) |
| 01/21/2025 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/21/2025, without transcription or recording. Counsel for all parties was present. The unopposed motion to adjourn the initial pretrial conference is hereby granted. The initial pretrial conference will now be held on 2/3/2025 at 3:30 PM. The dial–in information for the call will be as follows: USA Toll–Free : (855) 244–8681; Access Code: 23174323257. SO ORDERED.( Telephone Conference set for 2/3/2025 at 03:30 PM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 01/22/2025) |
| 01/22/2025 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 01/22/2025) |
| 02/05/2025 | 15 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Nivoda Limited, David Sutton. Document filed by Rapaport USA, Inc.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Greenberger, Jordan) (Entered: 02/05/2025) |
| 02/05/2025 | 16 | CIVIL CASE MANAGEMENT PLAN: The Case is to be tried to a jury. Nivoda Limited answer due 2/19/2025; Nivoda USA LLC answer due 2/19/2025; David Sutton answer due 2/19/2025. Amended Pleadings due by 3/5/2025. Motions due by 5/29/2025. Responses due by 6/12/2025 Replies due by 6/19/2025. Deposition due by 5/15/2025. Discovery due by 5/15/2025. Oral Argument set for 6/26/2025 at 04:00 PM before Judge Jed S. Rakoff. Final Pretrial Conference set for 6/26/2025 at 04:00 PM before Judge Jed S. Rakoff. Ready for Trial by 6/30/2025. SO ORDERED (Signed by Judge Jed S. Rakoff on 2/5/2025) (ks) (Entered: 02/05/2025) |
| 02/05/2025 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/5/2025, ( Final Pretrial Conference set for 6/26/2025 at 04:00 PM before Judge Jed S. Rakoff., Oral Argument set for 6/26/2025 at 04:00 PM before Judge Jed S. Rakoff in courtroom 14B of 500 Pearl Street New York City, NY.). (Kotowski, Linda) (Entered: 02/05/2025) |
| 02/06/2025 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 15 Notice of Voluntary Dismissal was reviewed and referred to Judge Jed S. Rakoff for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (km)** (Entered: 02/06/2025) |
| 02/06/2025 | 17 | NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) RAPAPORT USA, INC. and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) NIVODA LIMITED (without prejudice), and DAVID SUTTON (without prejudice), but not against defendant NIVOOA USA LLC. Does not terminate the case against the remaining defendant. SO ORDERED (Signed by Judge Jed S. Rakoff on 2/6/2025) Nivoda Limited and David Sutton terminated. (ks) (Entered: 02/06/2025) |

| | | |
|---|---|---|
| 02/10/2025 | 18 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** MOTION for Gili Karev to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30590344. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Rapaport USA, Inc.. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Karev, Gili) Modified on 2/10/2025 (rju). (Entered: 02/10/2025) |
| 02/10/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 18 MOTION for Gili Karev to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30590344. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Per attorney's request, motion was marked deficient. Wrong party chosen.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 02/10/2025) |
| 02/10/2025 | 19 | MOTION for Gili Karev to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nivoda USA LLC, Nivoda Limited, David Sutton. (Attachments: # 1 Affidavit Affidavit, # 2 Proposed Order Proposed Order, # 3 Exhibit Certificate of Good Standing).(Karev, Gili) (Entered: 02/10/2025) |
| 02/10/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 19 MOTION for Gili Karev to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/10/2025) |
| 02/11/2025 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/11/2025, without transcription or recording. Counsel for all parties was present. The Court sets the following briefing schedule for the motion to dismiss. Opening brief due 3/4/2025, answering brief due 3/25/2025, reply brief due 4/1/2025. Oral argument on the motion to dismiss will be held on 4/7/2025 at 3 PM before Judge Jed S. Rakoff in courtroom 14B of 500 Pearl Street, New York City, NY. SO ORDERED.( Oral Argument set for 4/7/2025 at 03:00 PM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 02/11/2025) |
| 02/11/2025 | 20 | ORDER FOR ADMISSION PROHAC VICE granting 19 Motion for Gili Karev to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 2/11/2025) (ks) (Entered: 02/11/2025) |
| 02/14/2025 | 21 | NOTICE OF APPEARANCE by Michael Joseph Firestone on behalf of Rapaport USA, Inc...(Firestone, Michael) (Entered: 02/14/2025) |
| 03/04/2025 | 22 | MOTION to Dismiss . Document filed by Nivoda USA LLC. Responses due by 3/25/2025 Return Date set for 4/7/2025 at 03:00 PM..(Leish, Matthew) (Entered: 03/04/2025) |
| 03/04/2025 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss . . Document filed by Nivoda USA LLC..(Leish, Matthew) (Entered: 03/04/2025) |
| 03/04/2025 | 24 | DECLARATION of Jessica Young in Support re: 22 MOTION to Dismiss .. Document filed by Nivoda USA LLC. (Attachments: # 1 Exhibit Exhibit A to Young Decl. – Rapaport Price List, # 2 Exhibit Exhibit B to Young Decl. – Rapaport Magazine, # 3 Exhibit Exhibit C to Young Decl. – Pages from additional Rapaport Magazines, # 4 Exhibit Exhibit D to Young Decl. – Nivoda web site home page, # 5 Exhibit Exhibit E to Young Decl. – listing from Nivoda web site).(Leish, Matthew) (Entered: 03/04/2025) |
| 03/04/2025 | 25 | DECLARATION of Matthew A. Leish in Support re: 22 MOTION to Dismiss .. Document filed by Nivoda USA LLC. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – Copyright Registration Search Results).(Leish, Matthew) (Entered: 03/04/2025) |
| 03/06/2025 | 26 | DECLARATION of Matthew A. Leish in Support re: 22 MOTION to Dismiss .. Document filed by Nivoda USA LLC. (Attachments: # 1 Exhibit 1 Part A – Deposit copy for registration TX9428011, # 2 Exhibit 1 Part B, # 3 Exhibit 1 Part C, # 4 Exhibit 2 – Deposit copy for registration TX9432525, # 5 Exhibit 3 – Deposit copy for |

| | | |
|---|---|---|
| | | registration TX9431797, # 6 Exhibit 4 Part A – Deposit copy for registration TX9400960, # 7 Exhibit 4 Part B, # 8 Exhibit 4 Part C, # 9 Exhibit 5 Part A – Deposit copy for registration TX9400949, # 10 Exhibit 5 Part B, # 11 Exhibit 6 Part A – Deposit copy for registration TX9412028, # 12 Exhibit 6 Part B, # 13 Exhibit 7 Part A – Deposit copy for registration TX9382702, # 14 Exhibit 7 Part B, # 15 Exhibit 8 Part A – Deposit copy for registration TX9140923, # 16 Exhibit 8 Part B, # 17 Exhibit 8 Part C).(Leish, Matthew) (Entered: 03/06/2025) |
| 03/12/2025 | 27 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/5/2025 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/2/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/10/2025..(McGuirk, Kelly) (Entered: 03/12/2025) |
| 03/12/2025 | 28 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/5/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/12/2025) |
| 03/20/2025 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 3/20/2025without transcription or recording. Counsel for all parties was present. Defendants unopposed application to file a supplemental declaration regarding ECF No. 24 is granted on consent. However, plaintiff retains the right to raise arguments concerning the permissibility of all of defendants declarations and corresponding exhibits. SO ORDERED.. (Kotowski, Linda) (Entered: 03/21/2025) |
| 03/21/2025 | 29 | DECLARATION of Jessica Young in Support re: 22 MOTION to Dismiss .. Document filed by Nivoda USA LLC. (Attachments: # 1 Exhibit Exhibit A – screenshot of price calculator).(Leish, Matthew) (Entered: 03/21/2025) |
| 03/25/2025 | 30 | MEMORANDUM OF LAW in Opposition re: 22 MOTION to Dismiss . . Document filed by Rapaport USA, Inc...(Greenberger, Jordan) (Entered: 03/25/2025) |
| 04/01/2025 | 31 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss . . Document filed by Nivoda USA LLC..(Leish, Matthew) (Entered: 04/01/2025) |
| 04/07/2025 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 4/7/2025 re: 22 MOTION to Dismiss . filed by Nivoda USA LLC. (Kotowski, Linda) (Entered: 04/18/2025) |
| 04/10/2025 | 32 | ORDER granting 22 Motion to Dismiss. After careful consideration, the Court grants the motion with prejudice. An Opinion explaining the reasons for this ruling will issue in due course, after which final judgment will be entered. SO ORDERED.. (Signed by Judge Jed S. Rakoff on 4/10/2025) (ks) (Entered: 04/10/2025) |
| 04/25/2025 | 33 | NOTICE OF APPEAL from 32 Order on Motion to Dismiss. Document filed by Rapaport USA, Inc.. Filing fee $ 605.00, receipt number ANYSDC–30986562. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Greenberger, Jordan) (Entered: 04/25/2025) |
| 04/25/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 33 Notice of Appeal. (tp) (Entered: 04/25/2025) |
| 04/25/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 33 Notice of Appeal, filed by Rapaport USA, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/25/2025) |