# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>RAPAPORT USA, INC.,<br>               Plaintiff,<br>-against-<br>NIVODA USA LLC,<br>               Defendant. | **DISTRICT**<br>Southern District of New York | **DOCKET NUMBER**<br>1:25-cv-00171-JSR |
| | **JUDGE**<br>Hon. Jed S. Rakoff | **APPELLANT**<br>Rapaport USA, Inc. |
| | **COURT REPORTER**<br>Southern District Reporters, P.C. | **COUNSEL FOR APPELLANT**<br>Jordan Greenberger |

**Check the applicable provision:**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.

    Reason for not ordering a transcript:

    ☑ Copy is already available

    ☐ No transcribed proceedings

    ☐ Other (Specify in the space below):

I have already obtained a copy.

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Transcript of oral argument of Defendant's motion to dismiss, before Judge Jed S. Rakoff on April 7, 2025. (We have already obtained a copy of the transcript, and an official transcript of said proceedings has been filed by the court reporter/transcriber [SDNY Doc. 35].)

**METHOD OF PAYMENT**   ☑ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☑ OTHER (Specify in the space below):

Transcript already ordered

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Jordan Greenberger
Firestone Greenberger PLLC
104 West 40th Street, 4th Fl.
New York, NY 10018
(212) 597-2255

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| **COUNSEL'S SIGNATURE**<br>/s/ Jordan Greenberger | **DATE**<br>05-02-2025 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017