## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Rapaport USA, Inc. v. Nivoda USA LLC    Docket No.: 25-1065

Lead Counsel of Record (name/firm) or Pro se Party (name): Jordan Greenberger, Esq., Firestone Greenberger PLLC

Appearance for (party/designation): Plaintiff-Appellant Rapaport USA, Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

> Note, however, that the District Court docket sheet incorrectly identifies attorney Gili Karev (Klaris Law) as representing Plaintiff-Appellant. She represents Defendant-Appellee.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect.    Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jordan Greenberger
Firm: Firestone Greenberger PLLC
Address: 104 West 40th Street, 4th Floor, New York, NY 10018
Telephone: 212-597-2255        Fax: NA
Email: jg@firegreenlaw.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:

(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: Rapaport USA, Inc. v. Nivoda USA, LLC; 2nd Cir. Docket No. 25-1195

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 2024-07-05    OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:
Type or Print Name: Jordan Greenberger
    OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.